# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Los Angeles, CA / New York, NY / San Francisco, CA / Washington, DC
www.arentfox.com

November 5, 2015

**Andrew I. Silfen**
Managing Partner, New York
212.484.3903 DIRECT
212.484.3990 FAX
andrew.silfen@arentfox.com

**BY ECF AND HAND DELIVERY**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
Courtroom 15C
New York, NY  10007-1312

Re:   *BOKF, N.A. v. Caesars Entertainment Corporation*, Case No. 1:15-cv-01561-SAS (the "*BOKF* Action"); *Frederick Barton Danner v. Caesars Entertainment Corporation, et al.*, Case No. 1:14-cv-7973-SAS (the "*Danner* Action"); *MeehanCombs Global Credit Opportunities Master Fund, L.P. et al., v. Caesars Entertainment Corporation, et al.*, Case No. 1:14-cv-7091-SAS (the "*MeehanCombs* Action"); *UMB Bank, N.A. v. Caesars Entertainment Corporation*, Case No. 1:15-cv-04634-SAS (the "*UMB* Action")

Dear Judge Scheindlin:

We write on behalf of the above-captioned plaintiffs and defendant Caesars Entertainment Corporation (collectively, the "Parties") in the *BOKF* Action, the *Danner* Action, the *MeehanCombs* Action and the *UMB* Action (collectively, the "Actions") to request an extension of the current expert discovery deadlines.

On June 2, 2015, the Court entered an Amended Scheduling Order [*BOKF* ECF No. 21; *Danner* ECF No. 39; *MeehanCombs* ECF No. 44] (the "Amended Scheduling Order") setting the expert discovery deadlines as follows:

(i)   The parties will designate experts and provide Rule 26 reports within 45 days of completion of fact discovery.

(ii)  Rebuttal expert reports, if any, shall be provided within 30 days of service of the initial expert reports.

(iii) Expert depositions, if any, shall be completed within 30 days of service of rebuttal expert reports or, if none, 60 days from service of the initial expert reports.

---

555 West Fifth Street, 48th Floor   1675 Broadway             55 Second Street, 21st Floor   1717 K Street, NW
Los Angeles, CA 90013-1065          New York, NY 10019-5820   San Francisco, CA 94105-3470   Washington, DC 20006-5344
T 213.629.7400  F 213.629.7401      T 212.484.3900  F 212.484.3990   T 415.757.5500  F 415.757.5501   T 202.857.6000  F 202.857.6395

**Arent Fox**

The Honorable Shira A. Scheindlin
November 5, 2015
Page 2

Amended Scheduling Order at 9, ¶¶ 4(c)(i)-(iii).

On July 6, 2015, the Court entered a Stipulation and Scheduling Order in the *UMB* Action [*UMB* ECF No. 34] (the "UMB Scheduling Order") wherein the Court ordered that the parties to the *UMB* Action are "subject to the outstanding dates for completion of discovery . . . set forth in paragraphs 4(c) through 4(g) of the [Amended] Scheduling Order." UMB Scheduling Order at 2, ¶ 2. Thus, all four Actions are operating under the same expert discovery deadlines.

On October 2, 2015, the Court entered an Order [*BOKF* ECF No. 58; *Danner* ECF No. 54; *MeehanCombs* ECF No. 62; *UMB* ECF No. 64] (the "October Order") extending the fact discovery deadline in the Actions from September 30, 2015 to, and including, October 13, 2015. *See* October Order at 3. With the fact discovery deadline of October 13, 2015, the current expert discovery deadlines are:

- Initial Expert Reports:  Friday, November 27, 2015
- Rebuttal Expert Reports:  Monday, December 28, 2015
- Completion of Expert Depositions:  Wednesday, January 27, 2016

In light of the Thanksgiving and Christmas holidays that fall during the production of Initial Expert Reports and Rebuttal Expert Reports, and in order to adequately and properly prepare their respective Initial Expert Reports and/or Rebuttal Expert Reports, the Parties respectfully request that the Court extend the current expert discovery deadlines in the Actions by approximately three (3) weeks, as follows:

- Initial Expert Reports:  Friday, December 18, 2015
- Rebuttal Expert Reports:  Friday, January 22, 2016
- Completion of Expert Depositions:  Friday, February 19, 2016

A proposed Order is submitted herewith for the Court's convenience.

**Arent Fox**

The Honorable Shira A. Scheindlin
November 5, 2015
Page 3

Respectfully submitted,

| | |
|---|---|
| **ARENT FOX LLP** | **GRANT & EISENHOFER P.A.** |
| By: _/s/ Andrew I. Silfen_ | By: _/s/ Gordon Z. Novod_ |
| Andrew I. Silfen, Esq. | Jay Eisenhofer, Esq. |
| Mark B. Joachim, Esq. | Gordon Z. Novod, Esq. |
| Michael S. Cryan, Esq. | Brenda Szydlo, Esq. |
| 1675 Broadway | 485 Lexington Avenue, 29th Floor |
| New York, NY 10019 | New York, NY 10017 |
| | |
| Jackson D. Toof, Esq. | **GARDY & NOTIS, LLP** |
| 1717 K Street, NW | Mark C. Gardy, Esq. |
| Washington, DC 20006 | James S. Notis, Esq. |
| _Attorneys for Plaintiff BOKF, N.A._ | Meagan Farmer, Esq. |
| | Tower 56, 126 East 56th Street, 8th Floor |
| | New York, NY 10022 |
| | _Attorneys for Plaintiff Frederick Barton Danner_ |
| | |
| **DRINKER BIDDLE & REATH LLP** | **KATTEN MUCHIN ROSENMAN LLP** |
| By:      _/s/ Clay J. Pierce_ | By:      _/s/ David A. Crichlow_ |
| James H. Millar, Esq. | Craig A. Barbarosh, Esq. |
| Kristin K. Going, Esq. | David A. Crichlow, Esq. |
| Clay J. Pierce, Esq. | Karen B. Dine, Esq. |
| 1177 Avenue of the Americas | Rebecca Kinburn, Esq. |
| New York, NY 10026 | 575 Madison Avenue |
| _Attorneys for Plaintiffs Meehan Combs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, a Series of Underlying Funds Trust, and Trilogy Portfolio Company, LLC_ | New York, New York 10022-2585
_Attorneys for Plaintiff UMB Bank N.A_ |

cc:      All Counsel of Record (_via ECF_)