UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BOKF, N.A., solely in its capacity as successor Indenture Trustee for the 12.75% Second-Priority Senior Secured Notes due 2018,<br><br>   Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>   Defendant. | : : : : : : : : : : : : : | Case No. 1:15-cv-01561 (SAS) |
| UMB BANK, N.A. solely in its capacity as Indenture Trustee under those certain indentures, dated as of June 10, 2009, governing Caesars Entertainment Operating Company, Inc.'s 11.25% Notes due 2017; dated as of February 14, 2012, governing Caesars Entertainment Operating Company, Inc.'s 8.5% Senior Secured Notes due 2020; dated August 22, 2012, governing Caesars Entertainment Operating Company, Inc.'s 9% Senior Secured Notes due 2020; dated February 15, 2013, governing Caesars Entertainment Operating Company, Inc.'s 9% Senior Secured Notes due 2020,<br><br>   Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>   Defendant. | : : : : : : : : : : : : : : : : : : : : : : : : : : | Case No. 1:15-cv-04634 (SAS) |

**NOTICE OF JOINT MOTION *IN LIMINE* FOR AN ORDER (I) HOLDING THAT SECTIONS 12.02(c)(i), (ii), AND (iii) OF THE INDENTURES ARE UNAMBIGUOUS AS A MATTER OF LAW AND THAT THEY WERE INTENDED TO BE READ CONJUNCTIVELY AS WRITTEN; OR REGARDLESS OF AMBIGUITY, (II) EXCLUDING PAROL EVIDENCE PROFFERED BY CEC WITH RESPECT TO THE <u>MEANING OF THOSE SECTIONS</u>**

**PLEASE TAKE NOTICE** that upon this Notice of Motion; the accompanying Memorandum of Law; the supporting Declaration of Andrew I. Silfen, dated February 5, 2016 and the exhibits thereto; and all other papers and proceedings in this action, plaintiff in the first above-captioned action, BOKF, N.A. ("BOKF")[1] and plaintiff in the second above-captioned action, UMB Bank, N.A. ("UMB,"[2] and together with BOKF, the "Trustees") by and through their respective counsel, Arent Fox LLP and Katten Muchin Rosenman LLP, will respectfully move this Court, in Courtroom 15C of the United States Courthouse located at 500 Pearl Street, New York, New York 10007, before the Honorable Shira A. Scheindlin, U.S.D.J., at a time to be determined by the Court, pursuant to Federal Rules of Evidence 401, 402 and the local rules of this Court, for an order (I) holding that Sections 12.02(c)(i), (ii), and (iii) of the Indentures are unambiguous as a matter of law and that they were intended to be read conjunctively as written; or regardless of ambiguity, (II) excluding parol evidence proffered by Defendant Caesars Entertainment Corporation with respect to the meaning of those sections.

*[Remainder of page intentionally left blank.]*

---

[1] BOKF appears solely in its capacity as successor Indenture Trustee for the 12.75% Second-Priority Senior Secured Notes due 2018 (the "Second Lien Notes").

[2] UMB appears solely in its capacity as Indenture Trustee under those certain indentures, as amended and supplemented, dated as of June 10, 2009, governing Caesars Entertainment Operating Company, Inc.'s ("CEOC's") 11.25% Senior Secured Notes due 2017; dated as of February 14, 2012, governing CEOC's 8.5% Senior Secured Notes due 2020; dated August 22, 2012, governing CEOC's 9% Senior Secured Notes due 2020; and dated February 15, 2013, governing CEOC's 9% Senior Secured Notes due 2020 (the "First Lien Notes," and together with the Second Lien Notes, the "Notes").

Respectfully submitted,

Dated: New York, New York  
February 5, 2016

*/s/ Andrew I. Silfen*  
Andrew I. Silfen, Esq. (AS-1264)  
Michael S. Cryan, Esq. (MC-4887)  
Mark A. Angelov, Esq. (MA-5291)  
ARENT FOX LLP  
1675 Broadway  
New York, NY 10019-5820  
Tel: (212) 484-3900  
Fax: (212) 484-3990  
Email: andrew.silfen@arentfox.com  
michael.cryan@arentfox.com  
mark.angelov@arentfox.com

-and-

Ralph A. Taylor, Jr., Esq. (*admitted pro hac vice*)  
Jackson D. Toof, Esq. (*admitted pro hac vice*)  
ARENT FOX LLP  
1717 K Street, N.W.  
Washington, D.C. 20006  
Tel: (202) 857-6000  
Fax: (202) 857-6395  
Email: ralph.taylor@arentfox.com  
jackson.toof@arentfox.com

*Attorneys for BOKF, N.A., solely in its capacity as successor Indenture Trustee under the Indenture governing the Second Lien Notes*

*/s/ David A. Crichlow*  
David A. Crichlow  
Craig A. Barbarosh  
Karen B. Dine  
Rebecca Kinburn  
KATTEN MUCHIN ROSENMAN LLP  
575 Madison Avenue  
New York, New York 10022-2585  
Tel: (212) 940-8800  
Fax: (212) 940-8776  
Email: craig.barbarosh@kattenlaw.com  
david.crichlow@kattenlaw.com

2

        karen.dine@kattenlaw.com
        rebecca.kinburn@kattenlaw.com

*Attorneys for Plaintiff UMB Bank, N.A. solely in its capacity as successor Indenture Trustee under the Indentures governing the First Lien Notes*