UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOKF, N.A., solely in its capacity as successor Indenture Trustee for the 12.75% Second-Priority Senior Secured Notes due 2018,<br><br>      **Plaintiff,**<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>      **Defendant.** | Case No. 1:15-cv-01561 (JSR) |

**NOTICE OF SUPPLEMENT TO NOTICE OF ORDER DENYING DEBTORS' MOTION TO EXTEND SECTION 105 INJUNCTION**

PLEASE TAKE NOTICE that the attached transcript sets forth the findings of facts and conclusions of law referenced in the Order Denying Debtors' Motion to Extend Section 105 Injunction entered by the United States Bankruptcy Court for the Northern District of Illinois issued an order in *Caesars Entertainment Operating Co., Inc. v. BOKF, N.A.*, No. 15-a-00149 (Bankr. N.D. Ill) and filed with this Court on August 26, 2016 [ECF No. 177].

*[Remainder of page intentionally left blank]*

-1-

                                        Respectfully submitted,

Dated: New York, New York          */s/ Andrew I. Silfen*
        August 29, 2016                  Andrew I. Silfen (AS-1264)
                                           Michael S. Cryan (MC-4887)
                                           Mark A. Angelov (MA-5291)
                                           ARENT FOX LLP
                                           1675 Broadway
                                           New York, NY  10019-5820
                                           Tel:    (212) 484-3900
                                           Fax:    (212) 484-3990
                                           Email: andrew.silfen@arentfox.com
                                                              michael.cryan@arentfox.com
                                                              mark.angelov@arentfox.com

                                           -and-

                                           Ralph A. Taylor, Jr. (*admitted pro hac vice*)
                                           Jackson D. Toof (*admitted pro hac vice*)
                                           ARENT FOX LLP
                                           1717 K Street, N.W.
                                           Washington, D.C. 20006
                                           Tel:    (202) 857-6000
                                           Fax:    (202) 857-6395
                                           Email: ralph.taylor@arentfox.com
                                                              jackson.toof@arentfox.com

                                           *Attorneys for BOKF, N.A., solely in its capacity as successor Indenture Trustee under the Indenture governing the 12.75% Second Lien Notes*